# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**TIME BANK,**

**Plaintiff,**

**v.** **Case No. 26-CV-946-SCD**

**JOSHUA JEFFERS** and
**2220 NORTHWESTERN AVENUE LLC,**

**Defendants.**

## ORDER GRANTING JOINT MOTION FOR DISMISSAL

The parties jointly move to dismiss this diversity action without prejudice. For the reasons stated therein, and for good cause shown, the court **GRANTS** the parties' motion, ECF No. 9, and **ORDERS** the following:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(2), this action, including all claims and counterclaims asserted in it, is **DISMISSED WITHOUT PREJUDICE**.
2. The court expressly retains jurisdiction to enforce the terms of the parties' confidential settlement agreement dated August 3, 2026.
3. The settlement agreement is not incorporated into this order and need not be filed with the court unless the court directs otherwise or a party seeks judicial enforcement of the agreement.
4. If a party seeks enforcement of the settlement agreement, that party may submit the agreement or the relevant portions thereof in accordance with the court's procedures governing confidential filings.

5. Each party shall bear its own attorney fees and costs, except as otherwise provided in the settlement agreement.

**SO ORDERED** this 6th day of August, 2026.

STEPHEN C. DRIES
United States Magistrate Judge